NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GEORGE T. DRAYTON, DC#027183,   )
   )
      Appellant,   )
   )
v.   )   Case No. 2D17-3498
   )
STATE OF FLORIDA,   )
   )
      Appellee.   )
   )

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.


PER CURIAM.


      Affirmed.


KELLY, BLACK, and BADALAMENTI, JJ., Concur.